IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | CASE NO.: 25-cr-095 (MAJ) |
| MADDEN LAI,<br>Defendant. | VIOLATION:<br>18 U.S.C. § 922(e)<br><br>ONE COUNT |

THE UNITED STATES CHARGES:

COUNT ONE
Willful Delivery of Firearm and Ammunition to Common Carrier without Written Notice
(18 U.S.C. § 922(e))

On or about February 2, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

MADDEN LAI,

knowingly delivered to Frontier Airlines, a common carrier, for transportation or shipment in interstate commerce, a package or container in which there was a firearm, specifically a SAR Firearms, Model SARB6P, 9mm caliber, bearing serial number T1102-12E00198, and 11 rounds of 9mm caliber ammunition, without written notice to the carrier. All in violation of 18 U.S.C. §§ 922(e) and 924(a)(1)(D).

1

INFORMATION
United States v. Madden Lai
Page 2

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

MADDEN LAI,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: SAR Firearms, Model SARB6P, 9mm caliber, bearing serial number T1102-12E00198, and 11 rounds of 9mm caliber ammunition.

W. STEPHEN MULDROW
United States Attorney

*(signature)*
Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Deputy Chief, Violent Crimes Unit

*(signature)*
Julian N. Radzinschi
Assistant U.S. Attorney